In the Matter of Kimberly M. KITCHEN a/k/a Kimberly M. Derr.

Petition for Reinstatement from Inactive Status.

No. 196 DB 2004.

Supreme Court of Pennsylvania.

June 2, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 2nd day of June, 2005, the Report and Recommendations of the Disciplinary Board dated April 22, 2005, are approved and IT IS ORDERED that KIMBERLY M. KITCHEN, a/k/a KIMBERLY M. DERR, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

In the Matter of Kenneth F. MILLER.

Petition for Reinstatement from Inactive Status.

No. 7 DB 2005.

Supreme Court of Pennsylvania.

June 2, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 2nd day of June, 2005, the Report and Recommendations of he Disciplinary Board dated April 22, 2005, are approved and IT IS ORDERED that KENNETH F. MILLER, who has been on inactive status, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement shall be paid by the Petitioner.

In the Matter of Frederick T. HAASE, Jr.

No. 1006 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

June 6, 2005.

*ORDER*

PER CURIAM.

AND NOW, this 6th day of June, 2005, Frederick T. Haase, Jr., a member of the

Bar of this Commonwealth, having been transferred to disability inactive status in the State of Delaware by Order of the Supreme Court of Delaware dated October 20, 2004, upon consideration of the Defenses and Objections and response thereto, it is hereby

ORDERED that the status of Frederick T. Haase, Jr., be immediately modified from inactive status pursuant to Rule 219, Pa.R.D.E., to inactive status pursuant to Rule 301(c), Pa.R.D.E., for an indefinite period and until further Order of the Court. Respondent shall comply with all the provisions of Rule 217, Pa.R.D.E.